IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ARTHUR BUSTOS, PERSONAL
REPRESENTATIVE OF THE ESTATE
OF ROBERT ALAN BOGGS, and TERI
TRICARICO, individually, BILLY BOGGS,
individually, PAULA JO PASCHALL,
individually, and Cordis Ray Fuller,
individually,

    Plaintiffs,

 vs.                                    No.1:23-cv-00679-DHU-JHR

RYDER TRUCK RENTAL, INC. and
ARLIE SHAWN JORDAN,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Orders dismissing Plaintiffs' case,

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

_____
HON. DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE